UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINEZ,<br>　　　　Plaintiff,<br>　　v.<br>DAVID BONNHEIM, et al.,<br>　　　　Defendants. | Case No. 18-01457 EJD (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 1, 2018, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days or face dismissal. (Docket No. 9.) Plaintiff was then granted an extension of time until October 8, 2018, to file an amended complaint. (Docket No. 12.) Plaintiff was granted a second extension of time until November 19, 2018. (Docket No. 16.) The due date has passed, and Plaintiff has failed to file an amended complaint. Accordingly, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 12/3/2018

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.18\01457Martinez_dis